JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

County in which action arose: Wayne

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
LISA LOU PAUL, fka
Lisa Lou Baker

## DEFENDANTS
WALTER SAKOWSKI, Personal Representative of the Estate of Robert D. Baker, Deceased & METROPOLITAN LIFE INSURANCE COMPANY

**(b)** County of Residence of First Listed Plaintiff: Monroe
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Wayne
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
THAV, RYKE & ASSOCIATES, PLLC
24725 W. 12 Mile Road, Suite 110
Southfield, Michigan 48034

Attorneys *(If Known)*
LAW OFFICE OF STEPHEN J. REMSKI, PC (Estate)
13407 Farmington Road, Suite 102
Livonia, Michigan 48150

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | **SOCIAL SECURITY** | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | [ ] 861 HIA (1395ff) | [ ] 480 Consumer Credit |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | | [ ] 862 Black Lung (923) | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | | [ ] 751 Family and Medical Leave Act | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| | | | | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [X] 791 Employee Retirement Income Security Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 896 Arbitration |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
29 USC 1132(a)(1)(B)

Brief description of cause:
claim for benefits due under ERISA plan clarification and enforcements of rights under the plan

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE: Craig S. Strong & Mark A. Goldsmith
DOCKET NUMBER: 17-016338-CZ/2:17-cv-13854

DATE: 1/16/2018
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## PURSUANT TO LOCAL RULE 83.11

1.     Is this a case that has been previously dismissed?     ☐ Yes   ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2.     Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)   ☒ Yes   ☐ No

   If yes, give the following information:

   Court: <u>Michigan 3rd Circuit/US District Court-E. Dist. of MI</u>

   Case No.: <u>17-016338-CZ/2:17-cv-13854-MAG-RSW</u>

   Judge: <u>Craig S. Strong/Mark A. Goldsmith</u>

   Notes : A Notice of Removal was filed in this Court on 11/29/17; 2:17-cv-13854-MAG-RSW

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

LISA LOU PAUL, fka
Lisa Lou Baker,

        Plaintiff,

v.

WALTER SAKOWSKI,
Personal Representative of the Estate of
Robert D. Baker, Deceased, and
METROPOLITAN LIFE INSURANCE
COMPANY,

        Defendants

Case No.
Hon.

_____/
ANDREW J. THAV (P57879)
JASON P. DANDY (P69686)
Attorneys for Plaintiff
THAV, RYKE & ASSOCIATES, PLLC
24725 W. 12 Mile Road, Suite 110
Southfield, MI 48034
Telephone: (248) 945-1111
athav@michprobate.com
jdandy@michprobate.com

STEPHEN J. REMSKI (P30309)
Attorney for Defendant Walter Sakowski,
Personal Representative of the Estate of
Robert D. Baker, Deceased
LAW OFFICE OF STEPHEN J. REMSKI, PC
13407 Farmington Road, Suite 102
Livonia, MI 48150
Telephone: (734) 525-7316
lawofficesremski@gmail.com
_____/

## COMPLAINT

    NOW COMES Plaintiff, LISA LOU PAUL, fka, Lisa Lou Baker, by and through her

attorneys, THAV, RYKE & ASSOCIATES, PLLC, and for her Complaint states as follows:

### PARTIES

1

1. Lisa Lou Paul (hereinafter "Plaintiff") is a resident of the Village of Dundee, County of Monroe, State of Michigan.

2. Robert D. Baker (hereinafter "Decedent") passed away on March 9, 2017 in the City of Flat Rock, County of Wayne, State of Michigan. (**See Exhibit A, Death Certificate**).

3. Upon information and belief, Defendant Estate of Robert D. Baker (hereinafter the "Estate"), is an Estate (Estate of Robert D. Baker, Wayne County, Michigan Probate Case No. 2017-826000-DE), whose Personal Representative is Attorney Walter Sakowski, located at 15244 Middlebelt Road, Livonia, Michigan 48154.

4. Upon information and belief, Walter Sakowski is a Public Administrator, having been appointed by the Wayne County Probate Court.

5. Upon information and belief, Defendant Metropolitan Life Insurance Company (hereinafter "MetLife") is an insurance company licensed to transact business in the State of Michigan, whose principal place of business is 200 Park Avenue, New York, New York 10166.

## **JURISDICTION**

6. This Court has jurisdiction pursuant to 28 USC § 1331, as this action arises under the laws of the United States.

7. This is an action governed by, and therefore preempted by, the Employee Retirement Income Security Act, 29 USC § 1001, *et seq.* ("ERISA").

8. Plaintiff's allegations and the nature of this action constitute a claim for benefits due under an ERISA plan and for clarification and enforcement of rights under that plan, which, pursuant to 29 USC § 1132(a)(1)(B) and 29 USC § 1132(e)(1), constitute a claim over which this Court has concurrent jurisdiction with the State Court.

9. This Court has jurisdiction to hear this action without regard to the amount in controversy or citizenship of the parties pursuant to 29 USC § 1132(f).

## GENERAL ALLEGATIONS

10. Decedent was an employee of Chrysler Corporation.

11. Decedent had a Met Life Insurance Policy, policy number 0136151 (hereinafter the "Policy"), purchased by decedent by reason of his employment with Chrysler.

12. MetLife funds the life insurance benefits under the Policy by a group life insurance policy issued to Chrysler Corporation.

13. MetLife is the claims fiduciary of the Policy.

14. Pursuant to 29 USC § 1002(1), the Policy is an employee welfare benefit plan that is regulated by ERISA.

15. On information and belief, Decedent and Plaintiff were married until February 26, 2016.

16. A Consent Judgment of Divorce was entered in the Monroe County Circuit Court on February 26, 2016. (**See Exhibit B, Consent Judgment of Divorce**).

17. There was no Qualified Domestic Relations Order ("QDRO") entered at the time of the divorce.

18. Decedent passed away on March 9, 2017.

19. Decedent lived in Wayne County, was employed in Wayne County, passed away in Wayne County, and the Estate is currently being probated in Wayne County, file number 2017-826000-DE.

20. Plaintiff is the last-named beneficiary of the Policy, as designated in 1995.

21. Decedent did not change the beneficiary designation of the Policy, nor did he name an alternate payee to receive the benefits payable under the Policy.

22. The Policy is subject to conflicting claims by Plaintiff and the Estate for the proceeds of the Policy.

23. The Estate made a claim to MetLife for the benefits of the Policy, which was subsequently denied by MetLife. (**See Exhibit C, Letter Demonstrating Denied Claim**).

24. On November 14, 2017, the Estate filed a Complaint for Declaratory Relief in the 3rd Circuit Court, County of Wayne, case number 17-016338-CZ, seeking a hearing on a preliminary injunction to prevent Plaintiff from claiming any interest in the proceeds of the Policy.

25. Plaintiff timely removed the aforementioned action to this Court on November 29, 2017, case number 2:17-cv-13854-MAG-RSW, pursuant to 29 U.S.C. § 1132(a)(1)(B), 28 USC § 1331, 28 USC § 1441, and 28 USC §1446.

26. Pursuant to ED Mich LR 83.11, this case is a companion case to the case referenced above because the cases will offer substantially similar evidence and the same or related parties are present and the cases arise out of the same transaction or occurrence.

### REQUEST FOR ORDER FOR DISBURSEMENT OF BENEFITS TO PLAINTIFF

27. MetLife, as claims fiduciary, has a duty to "discharge his duties with respect to a plan solely in the interest of the participants and beneficiaries . . . in accordance with the documents and instruments governing the plan . . ." 29 USC § 1104(1)(D).

28. 29 USC § 1056(d)(1) provides that the benefits provided under a plan may not be assigned or alienated.

29. There is an exception to 29 USC § 1056(d)(1) for QDROs. 29 USC § 1056(d)(3)(A).

30. The Consent Judgment of Divorce fails to meet the explicit criteria under 29 USC § 1056(d)(3) to constitute a QDRO.

31. Under the terms of the Policy and the governing law, when there is no QDRO to the contrary, MetLife is required to pay the life insurance benefits to the designated beneficiary. *Metropolitan Life Ins Co v Marsh,* 119 F3d 415 (6th Cir 1997).

32. MetLife properly denied the Estate's claims for payment of benefits under the Policy.

WHEREFORE, Plaintiff requests:

1. That this Court order that this case is a companion case to case number 2:17-cv-13854-MAG-RSW, which was case number 17-016338-CZ in the 3rd Circuit Court, County of Wayne, which was removed to this Court on November 29, 2017.

2. That this Court order that Plaintiff is the proper recipient of the Policy benefits.

3. That this Court order MetLife to disburse Policy funds to Plaintiff, or, alternatively, order that MetLife disburse Policy funds into this Court's escrow account pending a final determination in this matter.

4. That this Court grant any other relief as appropriate.

**Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.**

**LOCAL RULE CERTIFICATION: I, Andrew Jay Thav, certify that this document complies with Local Rule 5.1(a), including: double-spaced (except for quoted materials and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts). I also certify that it is the appropriate length. Local Rule 7.1(d)(3).**

Respectfully Submitted,
**THAV, RYKE AND ASSOCIATES**

/s/ Andrew Jay Thav
JASON P. DANDY (P69686)
ANDREW JAY THAV (P57879)
Attorneys for Plaintiff
24725 W. Twelve Mile Road, Suite 110
Southfield, Michigan 48034
(248) 945-1111

Dated: January 25, 2018

6